**Order entered June 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01019-CV

### FEYSAL AYATI-GHAFFARI AND IRANA HAGNAZARI, Appellants
### V.
### HAZAWIPERI JACKIE GUMBODETE AND JOSE ANAYA, Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04867-2012**

## ORDER

Before Justices Bridges, Lang, and Schenck

This appeal was submitted in this Court on June 17, 2015. On May 14, 2015, appellants filed in this Court a "Notice to the Fifth Judicial District Court of Dallas, Texas of Removal to Federal Court." Appellants stated in part in that notice that they have "filed removal papers" in the United States District Court for the Eastern District of Texas regarding this case.

Attached to appellants' May 14, 2015 notice in this Court is a document with a federal court caption, titled "Notice of Removal of Entire Civil Action No. 429-04867-2012 & 429-04867-2012A." However, that attached document is not file-stamped by the United States District Court for the Eastern District of Texas. *See Crear v. U.S. Bank Nat'l Ass'n*, No. 05-13-01683-CV, 2015 WL 1137886, at \*1–2 (Tex. App.—Dallas 2015, no pet.) (no removal shown where appellant's notice to state court did not have "filed copy of the removal notice itself" attached).

Appellants were requested by letter from this Court to file in this Court no later than June 24, 2015, a filed-stamped copy of the notice of removal purportedly filed by them in federal court. They have not done so.

We **ORDER** appellants to file in this Court **no later than July 2, 2015**, a **file-stamped copy** of the document titled "Notice of Removal of Entire Civil Action No. 429-04867-2012 & 429-04867-2012A" filed by them in the United States District Court for the Eastern District of Texas, i.e., a copy of the "Notice of Removal of Entire Civil Action No. 429-04867-2012 & 429-04867-2012A" bearing a **file-stamp** of the United States District Court for the Eastern District of Texas. Until such time that this Court receives a copy of that document file-stamped by the United States District Court for the Eastern District of Texas, this case will proceed in this Court. *See id*.

/s/     DOUGLAS S. LANG
JUSTICE
